

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00810-CR

Dorothy Jackson **HAYNES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR2226
Honorable Sid L. Harle, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice

Delivered and Filed: April 17, 2019

DISMISSED

Appellant attempts to appeal from an order amending the conditions of appellant's community supervision. This court does not have jurisdiction to consider an appeal from an order altering or modifying community supervision conditions. *Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006); *Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no writ). On April 3, 2019, appellant's court-appointed appellate counsel filed a letter in this court

acknowledging this court lacks jurisdiction over this appeal. Accordingly, we dismiss this appeal for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH